# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAKOBKOKHVYAN MAKSIM,<br><br>           Petitioner,<br><br>      v.<br><br>WARDEN, GOLDEN STATE ANNEX, et al.,<br><br>           Respondents. | Case No.: 1:25-cv-00955-SKO (HC)<br><br>ORDER DENYING PETITIONER'S MOTION TO ENFORCE JUDGMENT AS MOOT |

Petitioner is an immigration detainee proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

On October 9, 2025, the Court granted the petition and directed Respondent to provide Petitioner with a bond hearing before an immigration judge. (Doc. 12.) On November 25, 2025, Petitioner filed a motion to enforce judgment. (Doc. 14.) Petitioner contends that Respondent failed to provide him with a bond hearing in accordance with the Court's order. On November 26, 2025, Respondent filed a response to Petitioner's motion. (Doc. 15.) Respondent submits that Petitioner was provided a bond hearing on November 14, 2025.

The Court has reviewed Petitioner's motion and Respondent's response. According to Respondent's exhibits, Petitioner was provided a bond hearing on November 14, 2025. (Doc. 15-1 at 3.) The Immigration Judge ("IJ") denied Petitioner release finding that Petitioner poses a substantial

risk of flight. The IJ applied the correct standard and cited numerous reasons in support of his decision. As Respondent correct notes, Petitioner has been granted relief as ordered by the Court.

Accordingly, Petitioner's motion to enforce judgment is DENIED as moot.

IT IS SO ORDERED.

Dated:   **December 1, 2025**                    /s/ *Sheila K. Oberto*
                                                                        UNITED STATES MAGISTRATE JUDGE